ALBANY,
Feb. 1807.

Gamage
v.
Law.

## Young *against* Overacker.

FROM the return to the *certiorari* in this cause, it appeared, that the defendant in error brought an action of *assumpsit* against the plaintiff in error, in the court below. Among other pleas, the defendant below pleaded a former action and trial between the same parties, for the same matter, before another justice, in which a verdict was given for the defendant for his *costs.* The justice overruled this plea, because no *damages* were given by the verdict in the former suit.

*J. Cochran,* for the plaintiff in error.

*Hildreth,* contra.

[\*]*Per Curiam.* The plea by the defendant in the court below, was improperly overruled by the justice. The judgment must be reversed.          Judgment reversed.

In an action before a justice of the peace, the defendant pleaded a former action between the same parties, for the same matter, before another justice, in which a verdict was given [\* 192] for the defendant for his costs. In error on certiorari, this was held to be a good plea in bar.